**Appeals Dismissed and Memorandum Opinion filed June 7, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00249-CR

---

**FERRY SPENCER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**and**

---

## NO. 14-22-00250-CR

---

**FERRALL SPENCER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**

## MEMORANDUM OPINION

Appellant entered a guilty plea to assault of a family member and a guilty plea to theft.[1] *See* Tex. Penal Code §§ 22.01(b)(2); 31.03. In accordance with the terms of two plea bargain agreements with the State, the trial court assessed punishment at confinement for one year in Harris County Jail for each offense with the sentences to run concurrently. We dismiss the appeals.

In each case the trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On April 29, 2022, this court notified the parties that the appeals would be dismissed for want of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)

---

[1] The February 22, 2022 judgment and certification of defendant's right of appeal in cause number 1685560 (appellate case number 14-22-00249-CR) identifies defendant/appellant as "Ferry Spencer." The February 22, 2022 judgment and certification of defendant's right of appeal in cause number 1612374 (appellate case number 14-22-00250-CR) identifies defendant/appellant as "Ferrall Spencer." In his pro se notices of appeal, defendant/appellant signs his name as "Ferrall Spencer."